EDWARD J. DE COPPET et al., as Executors of ERNEST F. WALTON, Deceased, Respondents, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY et al., Appellants.

*De Coppet* v. *N. Y. C. & H. R. R. R. Co.*, 88 App. Div. 615, reversed.
(Argued April 26, 1904; decided May 3, 1904.)

APPEAL from so much of a judgment of the Appellate Division of the Supreme Court in the second judicial depart-

ment, entered November 24, 1903, as affirms that part of a judgment in favor of plaintiffs which includes an additional allowance of $2,000 to the plaintiffs' attorney.

*John F. Brennan* and *Charles C. Paulding* for appellants.

*Willard Parker Butler* and *Edwin T. Rice* for respondents.

Judgment, so far as appealed from, reversed, with costs, on opinion in *Standard Trust Co.* v. *N. Y. C. & H. R. R. R. Co.* (178 N. Y. 407).

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, VANN and WERNER, JJ. Not sitting: GRAY, J.